No. 215. TOVREA PACKING CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 14, 1940. Petition for writ of

certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Denison Kitchel* for petitioner. *Solicitor General Biddle* and *Messrs. Warner W. Gardner, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.